UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODD COOLEY,

    Plaintiff,

v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No. C05-5560RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' CCA's and Clarke's motions for summary judgment (Dkt. #'s 24 and 30) are **GRANTED**;

(3)    This matter is re-referred to Magistrate Judge Karen L. Strombom; and

(4)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 16th day of October, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1